IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GERALD J. BROWN, SR.   )
                       )
v.                     ) NO. 3:09-0179
                       ) JUDGE CAMPBELL
DELEK U.S. HOLDINGS, INC., et al )

ORDER

Pending before the Court is Plaintiff's Motion for a Judicial Settlement Conference and Stay of Proceedings or, in the Alternative, Motion for an Extension of Time to Respond to Defendants' Motion for Summary Judgment, Pending Settlement Negotiations (Docket No. 111). The Motion is GRANTED in part and DENIED in part as follows.

Plaintiff's Motion for a Judicial Settlement Conference is GRANTED. The Court hereby orders the parties to participate in alternative dispute resolution, pursuant to Rules 16.02 - 16.08 of the Local Rules of Court. The Magistrate Judge shall issue all necessary orders to implement the type of alternative dispute resolution he selects as appropriate and timely, in light of the extended response and reply dates set forth herein.

Plaintiff's Motion for a Stay is DENIED, but Plaintiff's Motion for an Extension of Time is GRANTED. Plaintiff's Response to Defendants' Motion for Summary Judgment shall be filed by February 22, 2011. Defendants' Reply shall be filed by March 8, 2011. To the extent these dates are in conflict with Local Rule 16.01 (d)(2)(f), the requirements of that rule are waived.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE