```
                   UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF TENNESSEE
                        NASHVILLE DIVISION
```

| | | |
|---|---|---|
| GERALD J. BROWN, SR., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|      v. | ) | NO.  3:09-0179 |
| | ) | Judge Campbell/Brown |
| DELEK U.S. HOLDINGS, INC., | ) | **Jury Demand** |
| et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## O R D E R

This matter has been referred by Magistrate Judge Brown to the undersigned to conduct a settlement conference with the parties (Docket Entry No. 114). A telephone conference is set for **9:00 a.m. on Friday, January 7, 2011**, to select an appropriate date for the settlement conference. Counsel for the plaintiff shall initiate the conference call.

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge